**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 96-7606**

―――――――――――

RONALD FLOYD JACKSON,

Plaintiff - Appellant,

versus

COUNTY OF MARLBORO BOARD OF COMMISSIONERS, in
their personal and individual capacities and
their official capacities as the local govern-
ing and official policy makers of custom and
final policy maker in law enforcement for
Marlboro County; DENNIS RUSTY PARRISH, in his
personal and individual capacity, and in his
official capacity as a deputy sheriff of Marl-
boro County; EDDIE M. GORDON, in his personal
and individual capacity, and in his official
capacity as a governor's raid team agent;
DAVID BUTCH KNIGHT, JR., in his personal and
individual capacity, and in his official
capacity as a governor's raid team agent;
CHARLES E. FOLEY, in his personal and indi-
vidual capacity as the sheriff of Marlboro
County and in his official capacity as the
final policy maker of all law enforcement of
custom and policy; HENRY DRIGGERS, in his
personal and individual capacity as a captain
of the Bennettsville City Police Department,
and in his official capacity as the final
policy maker in all city law enforcement cus-
toms and policy; CITY OF BENNETTSVILLE; WANDA
STANTON, Mayor, in her personal and individual
capacity as mayor, and in her official capac-
ity as the final policy maker for the govern-
ing body in all training matters of city law
enforcement; HAROLD JACOBS, in his personal
and individual capacity as deputy sheriff;
BOBBY CAULDER, in his personal and individual
capacity as a deputy sheriff,

Defendants - Appellees,

and

PAUL E. CROSS, in his personal and individual capacity as a federal agent of The Bureau of Alcohol, Tobacco, and Firearms Division, and in his official capacity as a supervising agent and final policy maker in the field; ROBERT LEONARD JENKINS, in his personal and individual capacity as an employee of Buddy's Trucker Motel and private citizen acting under and with color of state and federal law; BUDDY TILLER, in his personal and individual capacity as a local business owner and private citizen acting with color of state and federal law,

Defendants.

————————

Appeal from the United States District Court for the District of South Carolina, at Greenville. Patrick Michael Duffy, District Judge. (CA-93-2640-6-23AK, CA-93-2641-6-23AK, CA-93-2642-6-23AK, CA-93-2643-6-23AK)

————————

Submitted: October 23, 1997        Decided: November 13, 1997

————————

Before HAMILTON and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

————————

Affirmed by unpublished per curiam opinion.

————————

Ronald Floyd Jackson, Appellant Pro Se. Mark Wilson Buyck, Jr., L. Hunter Limbaugh, Robert Thomas King, WILLCOX, MCLEOD, BUYCK & WILLIAMS, P.A., Florence, South Carolina, for Appellees.

————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (1994) complaint and declining to reconsider the entry of judgment. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Furthermore, the district court did not abuse its discretion in declining to reconsider that order. Accordingly, we affirm on the reasoning of the district court. Jackson v. County of Marlboro Bd. of Comm'rs, Nos. CA-93-2640-6-23AK; CA-93-2641-6-23AK; CA-93-2642-6-23AK; CA-93-2643-6-23AK (D.S.C. June 20, 1996; September 30, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED